JAP: AL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JENNIFER DIAZ,

           Defendant.

- - - - - - - - - - - - - - - - -X

SUPPLEMENTAL AFFIDAVIT
(21 U.S.C. §§ 952(a)
and 960)

12-M-606

EASTERN DISTRICT OF NEW YORK, SS:

    KYLER HARDIN, being duly sworn, deposes and states that he is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations, ("HSI"), duly appointed according to law and acting as such. This affidavit is submitted to supplement the complaint filed in this matter on June 23, 2012.

    Commencing on or about June 22, 2012, the defendant JENNIFER DIAZ passed a total of 24 pellets with a total gross weight of approximately 1054.9 grams of cocaine.

2

WHEREFORE, your deponent respectfully requests that defendant JENNIFER DIAZ be dealt with according to law.

_____
KYLER HARDIN
Special Agent
HSI

Sworn to before me this
26th day of June, 2012
_____

'GE